BEFORE THE FIRST DIVISION, MAY 9, 1963

No. 67710.—Barnett Customs Brokers, Inc., a/c Ruggles China & Gift House, Inc. *v.* United States, protest 60/16835 (Los Angeles).

297

Opinion by OLIVER, C.J. In acccordance with stipulation of counsel that the merchandise consists of wide-angle and telephoto lenses similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiffs was sustained.